This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**MONICA MARQUEZ,**

    Worker-Appellant,

v.                                          **NO. 33,560**

**HERRERA SCHOOL BUSES &**
**COACHES, and NM MUTUAL**
**CASUALTY**

    Employer/Insurer-Appellee.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**David L. Skinner, Workers' Compensation Judge**

Rodney Ralph O Dunn
Rio Rancho, NM

for Worker-Appellant

Miller Stratvert
Nathan Cobb
Albuquerque, NM

for Employer/Insurer-Appelle

**MEMORANDUM OPINION**

**HANISEE, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

{2}     **DISMISSED.**

{3}     **IT IS SO ORDERED.**


_____
**J. MILES HANISEE, Judge**


**WE CONCUR:**


_____
**RODERICK T. KENNEDY, Chief Judge**


_____
**CYNTHIA A. FRY, Judge**